# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| **JUDY ELLIS** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 04-2323-KHV |
| ) | |
| **SECURITAS SECURITY** ) | |
| **SYSTEMS USA, INC.** ) | |
| **f/k/a PINKERTON SYSTEMS** ) | |
| **INTEGRATION, INC., et al.** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

**NOW**, on this 4th day of May, 2005 and upon stipulation by the parties (Doc. #49), all of plaintiff's claims against all defendants in the above-captioned action are hereby dismissed, with prejudice, with each party to bear his or her own costs. The Court notes that the claims between Securitas Security Systems USA, Inc., Burns International Security Services Corporation, and Foot Locker, Inc. have not been dismissed and are still pending in this Court.

s/ Kathryn H. Vratil
Kathryn H. Vratil
United States District Court Judge